

**FILED**

SEP 0 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE SOLTERO, <br><br> Defendant. | CR 17-15-BLG-SPW <br><br> **SUPERSEDING INFORMATION** <br><br> CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum 5 to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

THE UNITED STATES ATTORNEY CHARGES:

That beginning in or about April 2016 and continuing thereafter until in or about October 2016, at Billings and elsewhere, in the State and District of Montana, the defendant, JOSE SOLTERO, together and with others both known and unknown to the Grand Jury, knowingly conspired and agreed to possess with

1

the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

DATED this 1st day of September, 2017.

LEIF M. JOHNSON
Acting United States Attorney

JOHN D. SULLIVAN
Assistant U.S. Attorney

LEIF M. JOHNSON
Acting United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney