**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:  (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SOLTERO,<br><br>Defendant. | CR 17-15-BLG-SPW-2<br><br><br><br>**GOVERNMENT'S NOTICE OF SENTENCING WITNESS** |
|---|---|

　　　　The United States, represented by Assistant U.S. Attorney John D. Sullivan, gives notice to the Court and counsel that the government will call FBI Task Force Officer Mike Robinson as a witness during the sentencing hearing scheduled for January 17, 2018.

1

DATED this 5th day of January, 2018.

                                      KURT G. ALME
                                      United States Attorney


                                      */s/ John D. Sullivan*
                                      JOHN D. SULLIVAN
                                      Assistant U.S. Attorney